IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Brandi Lynn Kollar     :     Case No.   16-23838-GLT

                                                           Chapter   7

*Debtor(s)*

## ORDER

Whereas, Bankruptcy Rule 1007(c) requires an individual debtor to file a statement regarding completion of a course in personal financial management within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code in a Chapter 7 case; and

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the debtor completes an instructional course concerning personal financial management after filing the petition; and

Whereas, Debtor Brandi Lynn Kollar failed to file a certification substantially conforming to Official Form No. 423, Certification of Completion of Instructional Course Concerning Personal Financial Management, that reflected timely attendance at a course in personal financial management.

It is hereby ordered, this case will be closed without entry of a discharge order for this individual debtor. Debtor Brandi Lynn Kollar shall not receive a discharge or his or her debts in this bankruptcy case.

Date: February 7, 2017                              Gregory L. Taddonio
                                                            United States Bankruptcy Judge

#67-D

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-23838-GLT
Brandi Lynn Kollar                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: aala                  Page 1 of 1              Date Rcvd: Feb 07, 2017
                                Form ID: pdf900             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2017.
```
db          +Brandi Lynn Kollar,    204 Avenue B,    Latrobe, PA 15650-3211
14304930    +CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
14304927    +Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14304931    +Citi Cards,    P.O. Box 9001037,    Louisville, KY 40290-1037
14304932    +Discover,    P.O. Box 742655,    Cincinnati, OH 45274-2655
14304933    +Dr. James J. Bryan,    215 Depot Street,    Latrobe, PA 15650-1802
14304934    +Edward J. Bilik, Esq.,    126 South Pennsylvania Avenue,    Greensburg, PA 15601-3005
14304935    +Excela Health - Latrobe,    134 Industrial Park Boulevard,    Suite 2400,
              Greensburg, PA 15601-7848
14304936    +Express Scripts, Inc.,    P.O. Box 52150,    Phoenix, AZ 85072-2150
14304938    +Lakeview Animal Clinic,    809 Monastery Drive,    Latrobe, PA 15650-2718
14304940     National Recovery Agency,    P.O. Box 67015,    Harrisburg, PA 17106-7015
14304944     Valentin & Kebartas, Inc.,    P.O. Box 325,    Lawrence, MA 01842-0625
14304945    +Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14304929    +E-mail/Text: ebn@carepayment.com Feb 08 2017 01:30:41      Carepayment,    P.O. Box 2398,
              Omaha, NE 68103-2398
14304937    +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2017 01:22:39       JC Penny/Synchrony Bank,
              P.O. Box 960090,    Orlando, FL 32896-0090
14304941     E-mail/Text: bankruptcyteam@quickenloans.com Feb 08 2017 01:30:27       Quicken Loans,
              1050 Woodward Aveneu,    Detroit, MI 48226-1906
14304942    +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2017 01:22:40       Sam's Club/Synchrony Bank,
              P.O. Box 960013,    Orlando, FL 32896-0013
14304943    +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2017 01:22:39       Synchrony Bank/Care Credit,
              P.O. Box 960061,    Orlando, FL 32896-0061
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Quicken Loans Inc.
14304928*   +Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14304939   ##+Lesco Federal Credit Union,    6 Avenue D,    Latrobe, PA 15650-3219
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2017 at the address(es) listed below:
```
              J. Allen Roth    on behalf of Debtor Brandi Lynn Kollar lawmatters@yahoo.com
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              James R. Walsh    jwalsh@spencecuster.com,
               trustee@spencecuster.com;kpetak@spencecuster.com;rsnyder@spencecuster.com;kmaris@spencecuster.com
              ;jwalsh@ecf.epiqsystems.com
              Joshua I. Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                              TOTAL: 5
```